## No. 680.

### T. W. JONES vs. CITY OF SHREVEPORT.

Appellee can not move to dismiss the appeal and at the same time answer it. The answer waives the motion.

Plaintiff obtained against defendant judgments which became final. Defendant provided for the payment thereof by levying a tax. But the city officers refuse to collect it. Proceeding by motion, plaintiff obtained an order upon the administrator of finances to collect the same. No exception was taken to this mode of proceeding. The answer sets up many defenses which might have been, but were not, urged to the original suits. They can not be considered now, because the judgments have become final. Plaintiff's action is justified by article 2450 of the Revised Statutes.

APPEAL from the Tenth Judicial District Court, parish of Caddo. *Looney*, J. *J. W. Jones* and *Egan & Wise*, for plaintiff and appellee. *T. Alexander*, City Attorney, for defendant and appellant.

MORGAN, J. A motion is made to dismiss this appeal on the ground that the transcript was not filed within the time required by law. But the appellee has answered, asking for an amendment of the judgment,. and in his answer, did not reserve his motion to dismiss. He can not move to dismiss and at the same time answer. The answer waives the motion.

The motion to dismiss is denied.

ON THE MERITS.

Plaintiff obtained judgments against the defendant. These judgments are final.

Defendants provided for the payment of the judgments by levying a tax. But the officers of the city refuse to collect the tax.

Plaintiff proceeded by motion and obtained an order upon the administrator of assessments to proceed forthwith to collect the same. From this order the defendant appeals.

No exception was taken to the form of proceeding. The answer sets up many defenses which might have been urged to the original suit, but they can not be considered here, because that judgment has become final. Plaintiff is proceeding under section 2450 of the Revised Statutes, which justifies his action.

Judgment affirmed.